Filed 2/3/22  In re Mark L. CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

| | |
|---|---|
| In re Mark L., a Person Coming Under the Juvenile Court Law. | D079337 |
| THE PEOPLE, | |
| Plaintiff and Respondent, | (Super. Ct. No. JCM243488) |
| v. | |
| MARK L., | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Matthew C. Braner, Judge.  Affirmed.

Britton Donaldson, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

A petition was filed in the juvenile court under Welfare and Institutions Code[1] section 602 alleging Mark L., a juvenile (the Minor), had committed criminal offenses. The Minor admitted one count of assault with force likely to produce great bodily injury (Pen. Code, § 245, subd. (a)(4)) and admitted he personally inflicted great bodily injury on the victim (Pen. Code, § 1192.7, subd. (c)(8)). The victim had been hospitalized for significant injuries. Accordingly, the court set a restitution hearing date.

The court held a contested restitution hearing. The victim's mother and father testified regarding their economic losses in the form of lost wages, lost vacation time, and hospital and medical costs. The vast bulk of the medical and hospital costs were paid by insurance. At the conclusion of the hearing, the court made the following awards of restitution to the victim's mother: $807.60 for lost wages; $950 for medical copayments; and $197,797.11 for hospital and medical costs. The court found the Minor and his mother were jointly and severally liable for the restitution, with the mother's responsibility capped at $45,000 per section 730.7.

The Minor filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to review the record for error as mandated by *Wende*. We offered the Minor the opportunity to file his own brief on appeal, but he has not responded.[2]

---

1 All further statutory references are to the Welfare and Institutions Code unless otherwise specified.

2 The facts of the underlying offense are not relevant to the review of the record in this case.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error. To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified the following possible issues which were considered in evaluating the potential merits of this appeal.

1. Whether the court's award of restitution for the juvenile victim's hospital expenses paid by his health insurance was proper if the victim's mother decides to keep the funds and does not reimburse the insurance company.

2. Whether the court's award of restitution for the juvenile victim's hospital expenses paid by his health insurance was proper if the victim's mother had a prior agreement with the insurance company to reimburse them.

3. Whether the court's award of restitution for the mother's lost vacation time was proper.

4. Whether the court's award of restitution for which defendant's mother is severally responsible should be limited as she was not informed of the amount until after disposition of the case.

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented the Minor on this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, J.

WE CONCUR:


McCONNELL, P. J.


AARON, J.